FILED

06/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0260

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 24-0260

CHOTEAU ACANTHA PUBLISHING, INC. and MONTANA FREE PRESS,

Appellees/Petitioners,

v.

GREG GIANFORTE, in his official capacity as GOVERNOR OF THE STATE OF MONTANA; and JENNIFER STUTZ, Chair of the Governor's Advisory Council for the Ninth Judicial District Vacancy,

Appellants/Respondents.

_____

### ORDER

_____

Upon consideration of Appellants' motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellants have until August 2, 2024, to prepare, file, and serve Appellants' opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 26 2024